UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Case No. 4:18-cv-00245-NCC |
| | : |
| USR-DESCO CITY PLAZA, LLC, | : |
| a Delaware limited liability company, | : |
| | : |
| Defendant. | : |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a Settlement Agreement regarding each and every one of the claims in this action. The parties have agreed that this Court shall retain jurisdiction to enforce the Settlement Agreement. Each party to bear its own costs.

DATE:  October 17, 2018

Respectfully submitted,

| | |
|---|---|
| s/Robert J. Vincze | s/Daniel J. Welsh |
| Robert J. Vincze, Esq. (MO #37687) | Daniel J. Welsh (MO #49765) |
| Law Offices of Robert J. Vincze | Summers Compton Wells LLC |
| PO Box 792, Andover, Kansas 67002 | 8909 Ladue Road |
| Telephone: 303-204-8207 | St. Louis, Missouri 63124 |
| vinczelaw@att.net | Telephone: 314-991-4999 |
| | dwelsh@summerscomptonwells.com |
| | |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *Fred Nekouee* | |