## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, Individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:17-cv-00765 |
| vs. ) | |
| ) | **JOINT DISMISSAL WITH PREJUDICE** |
| USR-DESCO CITY PLAZA, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT DISMISSAL WITH PREJUDICE

COME NOW, Fred Nekouee and USR-Desco City Plaza, LLC, and hereby dismiss with prejudice each and every one of their respective claims asserted herein.

Each party to bear its own costs.

**SO ORDERED:**

Dated: _____         _____
                                                                             Judge

Respectfully submitted,

LAW OFFICES OF ROBERT J. VINCZE                SUMMERS COMPTON WELLS

 /s/ Robert J. Vincze                                               /s/ Daniel J. Welsh

Robert J. Vincze         #37687                             Daniel J. Welsh   #49765
P.O. Box 792                                                        8909 Ladue Road
Andover, Kansas 67002                                         St. Louis, MO  63124
303-204-8207                                                        314.991.4999
vinczelaw@att.net                                                 314.991.2413 - fax
                                                                             dwelsh@summerscomptonwells.com

**Attorneys for Plaintiff Fred Nekouee**

**Attorneys for Defendant USR-Desco Dorsett Village, LLC**