**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **FRED NEKOUEE,** | ) |
|     **Plaintiff,** | ) ) ) |
|     v. | ) )   Case No. 4:18-CV-00245-NCC |
| **USR-DESCO CITY PLAZA, LLC,** | ) ) ) |
|     **Defendant.** | ) |

**ORDER OF DISMISSAL**

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 21). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED, with prejudice**, with each party to bear its own costs.

Dated this 25th day of October, 2018.

                                                    /s/ Noelle C. Collins
                                                   NOELLE C. COLLINS
                                                   UNITED STATES MAGISTRATE JUDGE